```
LAWRENCE G. BROWN
Acting United States Attorney
SUSAN PHAN
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>GUADALUPE PENA-HERNANDEZ<br><br>        Defendant. | 01: 04-CR-5358 AWI<br><br>MOTION AND ORDER TO DISMISS<br>INDICTMENT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment against GUADALUPE PENA-HERNANDEZ without prejudice in the interest of justice.

DATED: April 30, 2009                  Respectfully submitted,

                                            LAWRENCE G. BROWN
                                            Acting United States Attorney

                                      By:   /s/ Susan Phan
                                              SUSAN PHAN
                                              Assistant U.S. Attorney

**ORDER**

**IT IS HEREBY ORDERED** that the indictment in this case be dismissed against defendant GUADALUPE PENA-HERNANDEZ without prejudice in the interest of justice.

IT IS SO ORDERED.

**Dated: May 1, 2009**         /s/ Anthony W. Ishii
                                CHIEF UNITED STATES DISTRICT JUDGE